

CO-386-online
10/03

FILED
JAN 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

INTELSAT USA SALES CORPORATION,
3400 International Drive
Washington DC  20008

           Plaintiff

vs

SATCOM SYSTEMS
2333 North Valley Street
Burbank CA  91505-1114

           Defendant

Civil Action No.

CASE NUMBER   1:07CV00119

JUDGE: James Robertson

DECK TYPE: Contract

DATE STAMP: 01/18/2007

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __INTELSAT USA SALES CORPORATION__ which have any outstanding securities in the hands of the public:

Intelsat, Ltd., Intelsat (Bermuda), Ltd., Intelsat Intermediate Holding Company, Ltd., Intelsat Subsidiary Holding Company, Ltd., and Intelsat Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

422596
BAR IDENTIFICATION NO.

DAVID I. BLEDSOE
Print Name

300 N. Washington St., Suite 708
Address

ALEXANDRIA VA 22314
City    State    Zip Code

703 379 9424
Phone Number