IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION,<br>A Delaware Corporation,<br><br>3400 International Drive<br>Washington, DC 20008<br><br>Plaintiff,<br><br>v.<br><br>SATCOM SYSTEMS, INC.<br>A Nevada Corporation,<br><br>2333 North Valley Street<br>Burbank, CA 91505-1114<br><br>Defendant. | Case No. 1:07-cv-00119<br>Judge: James Robertson<br>Deck Type: Contract<br>Date Stamp: 01/18/07 |

**RULE 7.1 STATEMENT OF DEFENDANT SATCOM SYSTEMS, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Satcom Systems, Incorporated ("Satcom") (a private non-governmental party) certifies that Satcom has no corporate parents, affiliates and/or subsidiaries that are publicly held.

NEWY1\8084044.1

Dated: February 28, 2007

/s/
Edward B. Schwartz, Esq. (DC Bar No. 429690)
Edward S. Scheideman, Esq. (DC Bar No. 475128)
1200 Nineteenth Street, NW
Washington, DC 20036-2412
(202) 861-3900
(202) 223-2085 (fax)
e-mail: edward.schwartz@dlapiper.com
        edward.scheideman@dlapiper.com

*Attorneys for Defendant Satcom Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of February, 2006, a copy of Defendant SATCOM SYSTEMS, Inc.'s Rule 7.1 Statement was served by electronic mail on:

David Bledsoe, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001


_____/s/_____
Edward S. Scheideman

WASH1\4875358.1
359625-1