IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION,<br>and<br><br>INTELSAT, LLC<br><br>      Plaintiffs,<br><br>v.<br><br>SATCOM SYSTEMS, INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CA No. 07-119<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to F.R.Civ. P. 41(a), by the agreement of the parties, as indicated by their counsel's signature hereto, and pursuant to the Settlement Agreement entered into by the parties, it is hereby stipulated that the Complaint is dismissed with prejudice.

AGREED this _12_ day of _November_ 2007.

SEEN AND AGREED:

_____
David Bledsoe
Bar No 422596
300 North Washington Street
Suite 708
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)
Counsel for Plaintiffs
INTELSAT USA SALES CORPORATION
INTELSAT LLC

_____
Edward B. Schwartz
Bar No. 429690
DLA Piper US LLP
500 8th Street, NW
Washington DC  20004
Counsel for Defendant
SATCOM SYSTEMS, INC.